

# COURT OF APPEALS

REBECA C. MARTINEZ
  CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

October 11, 2021

Jennifer Tapia
Pena & Tapia, Attorneys at Law
P.O. Box 765
Floresville, TX 78114
* DELIVERED VIA E-MAIL *

Shane Stolarczyk
Keller Stolarczyk, PLLC
234 West Bandera Road #120
Boerne, TX 78006
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-20-00028-CV
        Trial Court Case Number:    2017CI07741
        Style:  181 South Homes Inc. and Ricardo Canales
              v.
              Henry Garibay, Individually, and d/b/a Hengar Unlimited

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ, Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: Kimberly S. Keller (DELIVERED VIA E-MAIL)
Gilbert Eric De Leon (DELIVERED VIA E-MAIL)
Rene M. Pena (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2021

No. 04-20-00028-CV

**181 SOUTH HOMES INC**. and Ricardo Canales,
Appellants

v.

Henry **GARIBAY**, Individually, and d/b/a Hengar Unlimited,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI07741
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

On September 27, 2021, appellee/cross-appellant filed a "Motion for *En Banc* Rehearing." After consideration, the motion is **DENIED**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2021.



MICHAEL A. CRUZ, Clerk of Court